```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                 CASE NO. 07-14007-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

J.REFUGIO CHAVEZ-ARELLANO,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 13,2007.  A Report and Recommendation was filed on March 20,2007, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty in Count One with illegal reentry after deportation, having been previously convicted of an aggravated felony, in violation of Title 8, United States Code,Section 1326(a)and 1326(b)(2). Count Two charges the Defendant with possession with intent to distribute a mixture or substance containing a detectable amount of cocaine (less than 500 grams),in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,United States Code,Section 2

Count Three charges the Defendant with felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of April, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
       All Counsel Of Record
       U.S. Probation Office